# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| **vs.** | )  **CRIMINAL NO. 02-00106-CG** |
| | ) |
| **STANELY MAITEN,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

This matter is before the court on defendant's motion for credit for time served. The relief sought by the motion credit for jail time. Calculation of credit for jail time is an administrative function of the Bureau of Prisons. The motion is therefore **DENIED.**

The court is forwarding defendant's request to Deputy Chief Probation Officer Ken Coale for coordination with the Bureau of Prison's Regional Administrator.

**DONE and ORDERED** this 7th day of June, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE